# United States Court of Appeals

## For the Eighth Circuit

_____

No. 15-2100

_____

James Melvin Lewis

*Plaintiff - Appellant*

v.

Navient Solutions, Inc., formerly known as Sallie Mae, Inc.

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Western District of Missouri - Kansas City

_____

Submitted: October 7, 2015
Filed: October 14, 2015
[Unpublished]

_____

Before LOKEN, BOWMAN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

James Lewis brought this pro se action against Navient Solutions, Inc., asserting violations of the Fair Credit Reporting Act, among other claims. He appeals

from the orders of the District Court[1] granting summary judgment in favor of Navient and denying his post-judgment motion under Rule 59(e) of the Federal Rules of Civil Procedure.

We have carefully reviewed the record and the parties' arguments on appeal, and we conclude that summary judgment was properly granted. See Anderson v. EMC Mortg. Corp., 631 F.3d 905, 906 (8th Cir. 2011) (reviewing the grant of summary judgment de novo). We further conclude that the denial of post-judgment relief was not an abuse of discretion. See Innovative Home Health Care, Inc. v. P.T.-O.T. Assocs. of the Black Hills, 141 F.3d 1284, 1286 (8th Cir. 1998) (standard of review).

Accordingly, we affirm.

_____

---

[1]The Honorable Brian C. Wimes, United States District Judge for the Western District of Missouri.